# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00423-JRG |

**DECLARATION OF KRISTOPHER R. DAVIS IN SUPPORT OF PLAINTIFF REVELHMI'S OPENING CLAIM CONSTRUCTION BRIEF**

I, Kristopher R. Davis, declare and state as follows:

1. I am a member of the State Bar of California and a partner at the firm of Russ August & Kabat, counsel of record for Plaintiff Resonant Systems, Inc. d/b/a/ RevelHMI in the above-captioned action. I submit this declaration in support of Plaintiff's Opening Claim Construction Brief. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 9,369,081, dated June 14, 2016.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 9,941,830, dated April 10, 2018.

4. Attached as Exhibit 3 is a true and correct copy of the Declaration of Dr. Richard Hooper, Plaintiff's claim construction expert, dated December 7, 2023.

5. Attached as Exhibit 4 is a true and correct copy of the Declaration of Dr. Clifton Forlines, Defendant's claim construction expert, dated December 7, 2023.

6. Attached as Exhibit 5 is a true and correct copy of Dr. Clifton Forlines's December 13, 2023 Deposition Transcript.

7. Attached as Exhibit 6 is a true and correct copy of an excerpt from Dictionary of Computing, Sixth Ed., 146 (2010) (SAMRES_00053905-07).

8. Attached as Exhibit 7 is a true and correct copy of an excerpt from Dictionary of Energy (2009) (SAMRES_00053908-10).

9. Attached as Exhibit 8 is a true and correct copy of an excerpt from McGraw-Hill Concise Encyclopedia of Science & Technology, Sixth Ed., 983 (2009) (SAMRES_00053914-16).

10. Attached as Exhibit 9 is a true and correct copy of the Lowes webpage for "Tubes," https://www.lowes.com/pl/Tubes-Metal-rods-shapes-sheets-Hardware/2641124591, printed on Nov. 1, 2023.

11. Attached as Exhibit 10 is a true and correct copy of an excerpt from Petition for *Inter Partes* Review of U.S. Patent No. 9,369,081 (IPR2023-00992, June 14, 2023).

12. Attached as Exhibit 11 is a true and correct copy of an excerpt from Petition for *Inter Partes* Review of U.S. Patent No. 9,941,830 (IPR2023-00993, June 14, 2023).

Executed on December 21, 2023 in Durham, North Carolina.

/s/ *Kristopher R. Davis*
Kristopher R. Davis