IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC.<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>　　　　Defendants. | Civil Action No. 2:22-CV-00423-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE**
**<u>JOINT STATUS REPORT</u>**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Samsung") and Plaintiff Resonant Systems, Inc. ("Resonant") respectfully file this Joint Motion for Extension of Time to File Joint Status Report for the reasons that follow:

On March 8, 2024, this Court granted Samsung's Motion to Stay and ordered that this case be stayed until the PTAB issues its rulings with regard to Samsung's petitions for *inter partes* review. The Court further ordered that the parties should file a joint status report within ten (10) days after the PTAB issues its rulings on any of the claims at issue.

On January 8, 2025, the PTAB issued Final Written Decisions on Samsung's petitions, , making the joint status report due on January 21, 2025 (January 18, 2025 was a Saturday and Monday, January 20, 2025 was the Martin Luther King holiday). The parties are continuing to discuss next steps with their respective clients. Accordingly, the parties request a seven (7) day extension, to Tuesday, January 28, 2025, to file the joint status report to provide additional time for the parties to come to an agreement on next steps or otherwise narrow the issues.

1

Dated: January 21, 2025

/s/ *Melissa R. Smith*
Jin-Suk Park
jin.park@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew T. ("Tom") Gorham
Texas Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Kevin Cosgrove
kevin.cosgrove@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (202) 471-3400

Daniel S. Shimell
Daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAY SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844

Respectfully submitted,

/s/ *Paul A. Kroeger*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Resonant Systems, Inc. d/b/a RevelHMI*

Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

***Attorneys for Defendants***
***Samsung Electronics Co., Ltd. and***
***Samsung Electronics America, Inc.***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Samsung met and conferred with counsel for Resonant to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought herein.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on January 21, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith