IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>     Plaintiff,<br><br>  v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>     Defendants. | Case No. 2:22-cv-00423-JRG-RSP<br><br>**JURY DEMANDED** |

## JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Local Patent Rule 4-3, and the Court's Docket Control Order (Dkt. No. 63), Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("RevelHMI") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung") (all together, the "parties") respectfully submit the following Joint Claim Construction and Prehearing Statement.

**I. AGREED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(1))**

The parties agree on the following claim constructions with respect to U.S. Patent No. 9,369,081 ("'081 Patent") and U.S. Patent No. 9,941,830 ("'830 Patent") ("the asserted patents").

| Claim Term | Agreed Construction |
|---|---|
| Preamble<br><br>('081 and '830 Patents, claim 1) | The preamble is limiting. |

## II. DISPUTED CLAIM CONSTRUCTIONS (P.R. 4-3(A)(2))

The parties' proposed constructions of disputed terms are forth in the accompanying Exhibit A, along with the intrinsic and extrinsic evidence on which the parties intend to rely.

## III. ANTICIPATED LENGTH OF TIME NEEDED FOR THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(3))

The parties estimates that three hours will be needed for the claim construction hearing. The parties agree that each side will be allocated half of the total time permitted for the hearing.

## IV. PROPOSED WITNESSES TO BE USED AT THE CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(4))

No party proposes to call witnesses at the claim construction hearing.

## V. OTHER ISSUES TO BE ADDRESSED PRIOR TO CLAIM CONSTRUCTION HEARING (P.R. 4-3(A)(5))

The parties are not currently aware of any issues that they would propose taking up at a prehearing conference prior to the claim construction hearing.

Dated: March 26, 2025

/s/ *Jin-Suk Park*
Jin-Suk Park
jin.park@arnoldporter.com
Christopher Marando
chris.marando@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670

Respectfully submitted,

/s/ *Reza Mirzaie*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347

Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Andrew T. ("Tom") Gorham
Texas Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Kevin Cosgrove
kevin.cosgrove@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
Three Embarcadero Center, 10th Floor
San Francisco, California 94111-4024
Telephone: (415) 471-3100
Facsimile: (202) 471-3400

Daniel S. Shimell
Daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*

*Resonant Systems, Inc. d/b/a RevelHMI*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 26, 2025, I served the foregoing document via electronic service on all counsel of record.

                                            /s/ *Reza Mirzaie*
                                            Reza Mirzaie