IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, | § § § § | |
| Plaintiff, | § § | CASE NO. 2:22-CV-00423-JRG |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| Defendants. | § | |

## ORDER

The Court issues this Order *sua sponte*. It is **ORDERED** that the previously ordered stay should be and hereby is **LIFTED**. The schedule of deadlines set forth in the Court's Docket Control Order (Dkt. No. 92) are in effect until further order of this Court.

**So ORDERED and SIGNED this 27th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE