IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | § § § § § § § § § § § § § § CASE NO. 2:22-CV-00423-JRG |

## ORDER

The Court issues this Order *sua sponte*. Pursuant to the provisions of 28 U.S.C. §§ 636(b)(1) and (3) and the local rules of this District, the Court hereby **REFERS** the above-captioned case to the Honorable Roy S. Payne for the limited and sole purpose of conducting the Claim Construction hearing, issuing a resulting Claim Construction Opinion, and taking such other related steps as are deemed by Judge Payne as necessary to facilitate and expedite the Claim Construction process in this case.

**So ORDERED and SIGNED this 27th day of March, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE