# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC.<br><br>        Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>        Defendants. | Civil Action No. 2:22-CV-00423-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION TO AMEND DOCKET CONTROL ORDER

Plaintiff Resonant Systems, Inc. ("Plaintiff") respectfully files this Unopposed Motion to Amend the Docket Control Order and would show the Court as follows:

Under the operative Docket Control Order (Dkt. 92), Plaintiff's Opening Supplemental Claim Construction Brief is due on April 21, 2025, and Defendants' Responsive Supplemental Claim Construction Brief is due May 5, 2025. Plaintiff requests a brief extension of these deadlines by three days, to April 24 and May 8, respectively. The reply deadline remains unchanged. These extensions do not affect any "star" dates that cannot be changed without good cause.

Plaintiff represents that this Motion is not filed for the purposes of delay but rather so that justice may be served. Plaintiff has met and conferred with and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. ("Defendants") regarding the relief sought in this motion, and Defendants do not oppose.

Accordingly, Plaintiff respectfully requests that the Court grant this Unopposed Motion to Amend Docket Control Order and amend the Docket Control Order as follows:

1

| Original Date | Amended Date | Event |
|---|---|---|
| May 5, 2025 | **May 8, 2025** | Defendants File Responsive Supplemental Claim Construction Brief |
| April 21, 2025 | **April 24, 2025** | Plaintiff Files Opening Supplemental Claim Construction Brief |

Dated: April 21, 2025                                              Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

Qi (Peter) Tong
Texas State Bar No. 24119042
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy, Suite 1503
Dallas, TX 75206
Email: ptong@raklaw.com

***Attorneys for Plaintiff***
***Resonant Systems, Inc. d/b/a RevelHMI***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h). Defendants do not oppose the relief sought in the motion.

*/s/ Reza Mirzaie*
_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on April 21, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
_____