AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC., d/b/a RevelHMI | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:22-cv-00423-JRG |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

RESONANT SYSTEMS, INC., d/b/a RevelHMI                              .

Date:   05/28/2025

/s/ Neil A. Rubin
*Attorney's signature*

Neil A. Rubin, CA SBN 250761
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, Californnia 90025

*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

(310) 826-6991
*FAX number*