# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. | § | |
| | § | |
| v. | § | Case No. 2:22-CV-0423-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., ET AL. | § | |

**Markman Hearing**
**MAG. JUDGE ROY PAYNE PRESIDING**
June 2, 2025

**OPEN:   1:31 p.m.**                                                                                     **ADJOURN:   3:33 p.m.**

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF: | Neil Rubin |
| ATTORNEYS FOR DEFENDANTS: | Melissa Smith |
| | Jeffrey Miller |
| | Jonah Heemstra |
| TECHNICAL ADVISOR: | Mike Paul |
| LAW CLERK: | Nathan Gershengorin |
| COURT REPORTER: | Shelly Holmes |
| COURTROOM DEPUTY: | Wendy Asbel |

Court opened.   Case called.   Neil Rubin announced ready.   Melissa Smith introduced co-counsel and announced ready.

The Court heard argument on a term-by-term basis.   Neil Rubin presented argument on behalf of Plaintiff.   Jeffrey Miller and Jonah Heemstra presented argument on behalf of Defendants.

The Court took the claim construction matters under submission.