IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § CASE NO. 2:22-CV-00423-JRG <br> SAMSUNG ELECTRONICS CO., LTD., and § <br> SAMSUNG ELECTRONICS AMERICA, § <br> INC., § <br> § <br> *Defendants*. § | |

### ORDER

Before the Court is the Joint Motion to Further Amend Docket Control Order (the "Motion") filed by Plaintiff Resonant Systems, Inc. d/b/a/ RevelHMI and Defendants Samsung Electronics co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties"). (Dkt. No. 114.) In the Motion, the Parties move the Court to amend the Eighth Amended Docket Control Order (Dkt. No. 113) to extend the remaining deadlines and scheduled court proceedings, including the pretrial conference and jury selection, by approximately four months. (*Id.* at 1.)

Having considered the Motion, the Court finds that the Parties have not made an acceptable showing of good cause to change the deadlines in the Eighth Amended Docket Control Order (Dkt. No. 113). Accordingly, the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 14th day of August, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE