# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:22-CV-00423-JRG |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Previously, the Court appointed Michael Paul as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Paul's invoice for services through August 31, 2025, in the amount of $10,226.00 and hereby **ORDERS** payment to be promptly made as follows:

Plaintiff:     $5,113.00

Defendants:     $5,113.00

**SIGNED this 10th day of September, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE