IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC., <br><br> Defendants. | Civil Action No. 2:22-CV-00423-JRG <br><br> **JURY TRIAL DEMANDED** |

## **UNOPPOSED MOTION TO FURTHER AMEND DOCKET CONTROL ORDER**

Plaintiff Resonant Systems, Inc. ("Resonant") respectfully files this Unopposed Motion to Further Amend the Docket Control Order and would show the Court as follows:

Resonant, for good cause discussed herein, respectfully requests an extension to the current deadlines for expert reports and depositions. Defendants do not oppose this request.

Multiple Resonant experts and attorney team members have had and continue to have significant work and travel conflicts with the current deadline for opening expert reports. These conflicts include but are not limited to preparation and travel for several trials before this Court that were scheduled for the October 3, 2025 trial setting, including the following cases: *Headwater Research LLC v. AT&T Inc.*, No. 2:23-cv-00397-JRG-RSP; *Headwater Research LLC v. T-Mobile US, Inc.*, No. 2:23-cv-00379-JRG-RSP; *XR Communications LLC d/b/a Vivato Technologies v. AT&T Inc.*, No. 2:23-cv-00202-JRG-RSP; *CogniPower LLC v. Samsung Electronics Co., Ltd.*, No. 2:23-cv-00160-JRG. Two of Resonant's experts who will submit opening reports here are testifying experts in certain of those other cases, and six attorneys representing Resonant here (including its lead counsel) are trial team members in one or more of those other cases. While

1

those other cases have now been released from the October 3 trial setting, Resonant's experts and attorney team members diverted significant time and attention to preparation and travel for those scheduled trials. In its case against Apple (No. 7:23-cv-00077-ADA, W.D. Tex.), Resonant has also been engaged on expert depositions and preparation of dispositive and *Daubert* motions.

In light of these conflicts, Resonant respectfully seeks a brief extension of the expert report and discovery deadlines, without any change to the current deadline for dispositive and *Daubert* motions. Resonant represents that this Motion is not filed for the purposes of delay but rather so that justice may be served.

Accordingly, Resonant respectfully requests that the Court grant this Unopposed Motion to Further Amend Docket Control Order and amend the Docket Control Order as follows:

| Original Date | Amended Date | Event |
|---|---|---|
| November 7, 2025 | November 10, 2025 | Deadline to Complete Expert Discovery |
| October 28, 2025 | November 3, 2025 | Serve Disclosures for Rebuttal Expert Witnesses |
| October 7, 2025 | October 14, 2025 | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |

Dated: October 2, 2025

Respectfully submitted,

/s/ Reza Mirzaie
Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger

2

California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474

*Attorneys for Plaintiff*
*Resonant Systems, Inc. d/b/a RevelHMI*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h). Defendants do not oppose the relief sought in the motion.

*/s/ Reza Mirzaie*
_____

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on October 2, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a true and correct copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
_____