# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, § § § | |
| Plaintiff, § § | |
| v. § | CASE NO. 2:22-CV-00423-JRG |
| § SAMSUNG ELECTRONICS CO., LTD., and § SAMSUNG ELECTRONICS AMERICA, § INC., § § | |
| Defendants. § | |

## ORDER

Before the Court is the Unopposed Motion to Further Amend Docket Control Order (the "Motion") filed by Plaintiff Resonant Systems, Inc. d/b/a/ RevelHMI ("RevelHMI"). (Dkt. No. 122). In the Motion, the RevelHMI moves the Court to amend the Ninth Amended Docket Control Order (Dkt. No. 117). (Dkt. No. 122 at 1).

RevelHMI has not made an acceptable showing of good cause to change the deadlines in the Ninth Amended Docket Control Order. The primary basis for RevelHMI's request is conflicts arising from trials that were originally – and are no longer – set for the October 3, 2025 trial setting. *Id.* This basis is insufficient to show good cause.

Having considered the Motion, the Court finds that the Motion should be and hereby is **DENIED**.

**So ORDERED and SIGNED this 10th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE