# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Case No. 2:22-cv-00423-JRG <br><br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Resonant") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America ("Samsung") (all together, the "Parties"), hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement in Principle.

On October 10, 2025, the Parties reached an agreement of settlement terms in principle and are in the process of negotiating the documentation of said settlement. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings in this action until November 11, 2025 to allow the parties to complete this process without further use of resources by the Court or the parties to deadlines in the proceedings.

The Parties submit that good cause exists for granting this agreed motion, as set forth above. This motion is not filed for purposes of delay, but so that justice may be served.

Wherefore, the Parties respectfully request that the Court enter the proposed order submitted with this joint motion.

1

| | |
|---|---|
| October: 10, 2025 | Respectfully submitted, |
| /s/ Paul A. Kroeger | /s/ Jin-Suk Park |

Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Resonant Systems, Inc. d/b/a RevelHMI*

Jin-Suk Park
jin.park@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave., NW
Washington, D.C. 20001-3743
Telephone: (202) 942-5000

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450

Andrew T. ("Tom") Gorham
Texas Bar No. 24012715
tom@gillamsmithlaw.com
**GILLAM & SMITH LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450

Jeffrey A. Miller
jeffrey.miller@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
3000 El Camino Real, Bldg 5
Suite 500
Palo Alto, CA 94306
Telephone: 650-319-4500

Daniel S. Shimell
daniel.shimell@arnoldporter.com
**ARNOLD & PORTER KAY SCHOLER LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000

Jonah B. Heemstra
jonah.heemstra@arnoldporter.com
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 W. Madison Street, Suite 4100
Chicago, Illinois 60622
Telephone: (312) 583-2300

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h). The parties are jointly seeking the relief sought in the motion.

/*s/ Paul A. Kroeger*/
Paul A. Kroeger

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on October 10, 2025 with a copy of this document via the Court's ECF system.

DATED: October 10, 2025                             By: /*s/ Paul A. Kroeger*/
                                                                                Paul A. Kroeger