# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:22-CV-00423-JRG |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion to Stay All Deadlines and Notice of Settlement in Principle (the "Motion") filed by Plaintiff Resonant Systems, Inc. d/b/a RevelHMI and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties"). (Dkt. No. 124.) In the Motion, the Parties represent that they have reached a settlement in principle. (*Id.* at 1.) The Parties request that the Court stay all case deadlines up to and including November 11, 2025, so that the Parties can work on finalizing the corresponding settlement documents. (*Id.*)

Having considered the Motion, and noting it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** up to and including **November 11, 2025**, during which time appropriate dismissal papers are to be filed with the Court.

**So ORDERED and SIGNED this 15th day of October, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE