IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

|  |  |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>                 Plaintiff,<br><br>            v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.<br><br><br>          Defendants. | Case No. 2:22-cv-00423-JRG<br><br><br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND STAY OF ALL DEADLINES**

Plaintiff Resonant Systems, Inc. d/b/a RevelHMI ("Resonant") and Defendants Samsung Electronics Co. Ltd. and Samsung Electronics America ("Samsung") (all together, the "Parties"), jointly move for a further extension of the stay entered by the Court on October 15, 2025 (Dkt. No. 125). As the parties indicated in their prior motion to stay, the Parties have reached an agreement in principle on all matters in controversy and have been engaged in the process of finalizing the resolution agreement and preparing the appropriate dismissal papers for the Court.

The Parties represent that good cause exists for an extension of the stay.  The Parties have been working diligently to finalize a settlement agreement, exchanging multiple drafts, and believe they are close to a final form. That process, while productive, has yet to conclude.  Moreover, the Parties will need time to execute the agreement and file dismissal papers with the Court. The Parties therefore jointly request that the Court further  extend the stay by twenty-one (21) days, up to and including December 2, 2025, to allow the Parties to complete the resolution and execution of the agreement as well as file the appropriate dismissal papers.

1

November 11, 2025

/s/ Paul A. Kroeger

Reza Mirzaie
California Bar No. 246953
rmirzaie@raklaw.com
Kristopher Davis
California Bar No. 329627
kdavis@raklaw.com
Christian W. Conkle
California Bar No. 306374
cconkle@raklaw.com
Jason Wietholter
California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Resonant Systems, Inc. d/b/a RevelHMI*

Respectfully submitted,

/s/

Jin-Suk Park
**ARNOLD & PORTER**
601 Massachusetts Ave, NW
Washington DC 20001
202-942-5648
jin.park@arnoldporter.com

Melissa Smith
TX Bar No. 24001351
James Travis Underwood
TX Bar No. 24102587
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903.934.8450
Facsimile: 903.934.9257
melissa@gillamsmithlaw.com
travis@gilliamsmithlaw.com

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h).  The parties are jointly seeing the relief sought in the motion.

/s/ Paul A. Kroeger
Paul A. Kroeger

**CERTIFICATE OF SERVICE**

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on November 11, 2025 with a copy of this document via the Court's ECF system.

DATED: November 11, 2025                 By: /s/ Paul A. Kroeger
Paul A. Kroeger