# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. d/b/a REVELHMI, | § § § § | |
| *Plaintiff*, | § | CIVIL ACTION NO. 2:22-CV-00423-JRG |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants*. | § | |

## ORDER

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion"). (Dkt. No. 126). In the Motion, Plaintiff Resonant Systems, Inc. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties") request an extension to the current stay of all deadlines in the above-captioned case for an additional twenty-one days to finalize the settlement and dismiss the case. (*Id.* at 1).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for twenty-one (21) additional days up to and including **December 2, 2025**.

**So ORDERED and SIGNED this 12th day of November, 2025.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE