IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC. <br><br> Defendants. | Case No. 2:22-cv-00423-JRG <br><br><br> **JURY TRIAL DEMANDED** |

# ORDER

Before the Court is the Joint Motion to Extend Stay All Deadlines and Notice of Settlement in Principle ("Motion") filed by Plaintiff Resonant Systems, Inc. d/b/a RevelHMI and Defendant Samsung Electronics Co. Ltd. and Samsung Electronics America, Inc. Having considered the parties' positions, and for good cause, the Court hereby GRANTS the Motion. All proceedings in the above-captioned case, including all pending discovery and deadlines in the case, are stayed for a final time until December 12, 2025.

IT IS SO ORDERED.

1