IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| RESONANT SYSTEMS, INC. d/b/a RevelHMI,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO. LTD., and SAMSUNG ELECTRONICS AMERICA, INC.<br><br>    Defendants. | Case No. 2:22-cv-00423-JRG<br><br>**JURY TRIAL DEMANDED** |

### JOINT MOTION TO DISMISS PURSUANT TO RULE 4l(a)(l)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(l)(A)(ii), Plaintiff Resonant Systems, Inc., d/b/a RevelHMI hereby voluntarily dismisses all claims in this action with prejudice, and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. voluntarily dismiss all defenses and counterclaims in this action without prejudice. Each Party will bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| December 3, 2025 | Respectfully submitted, |
| */s/ Paul A. Kroeger* | */s/ Jin-Suk Park* |
| Reza Mirzaie<br>California Bar No. 246953<br>rmirzaie@raklaw.com<br>Kristopher Davis<br>California Bar No. 329627<br>kdavis@raklaw.com<br>Christian W. Conkle<br>California Bar No. 306374<br>cconkle@raklaw.com<br>Jason Wietholter | Melissa Smith<br>TX Bar No. 24001351<br>James Travis Underwood<br>TX Bar No. 24102587<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone: 903.934.8450<br>Facsimile: 903.934.9257<br>melissa@gillamsmithlaw.com |

California Bar No. 337139
jwietholter@raklaw.com
Paul A. Kroeger
California Bar No. 229074
kroeger@raklaw.com
Qi Tong
California Bar No. 330347
ptong@raklaw.com

**RUSS AUGUST & KABAT**
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Phone: (310) 826-7474
Facsimile: (310) 826-6991

*Attorneys for Plaintiff*
*Resonant Systems, Inc. d/b/a RevelHMI*

travis@gilliamsmithlaw.com

Jin-Suk Park
**ARNOLD & PORTER**
601 Massachusetts Ave, NW
Washington, DC 20001
Phone: (202) 942-5648
Facsimile: (202) 281-4584

*Attorneys for Defendant*
*Samsung Electronics Co., Ltd., and*
*Samsung Electronics America, Inc.*

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendants in accordance with Local Rule CV-7(h). The parties are jointly seeing the relief sought in the motion.

By: /s/ *Paul A. Kroeger*
Paul A. Kroeger

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on December 3, 2025 with a copy of this document via the Court's ECF system.

DATED: December 3, 2025                By: /s/ *Paul A. Kroeger*
Paul A. Kroeger