**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. d/b/a REVELHMI | § § § | |
| *Plaintiff,* | § § | CIVIL ACTION NO.  2:22-CV-00423-JRG |
| v. | § § | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| *Defendants.* | § § | |

## **ORDER**

Before the Court is the Joint Motion to Extend Stay of All Deadlines (the "Motion"). (Dkt. No. 128). In the Motion, Plaintiff Resonant Systems, Inc. and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, the "Parties") request an extension to the current stay of all deadlines in the above-captioned case for an additional ten days to finalize the settlement and dismiss the case. (*Id.* at 1).

Having considered the Motion, and noting that it was filed jointly, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all deadlines in the above-captioned case are **STAYED** for ten (10) additional days up to and including **December 12, 2025**.

**So ORDERED and SIGNED this 4th day of December, 2025.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE