IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| RESONANT SYSTEMS, INC. d/b/a REVELHMI, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:22-CV-00423-JRG |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss Pursuant to Rule 41(a)(1)(A)(ii) (the "Motion") filed by Plaintiff Resonant Systems, Inc. ("Plaintiff") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (together, "Defendants") (collectively, the "Parties"). (Dkt. No. 129). In the Motion, the Parties move to dismiss all claims asserted by Plaintiff against Defendants in the above-captioned case with prejudice, and all defenses and counterclaims asserted by Defendants against Plaintiff in the above-captioned case without prejudice. (*Id.* at 1).

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims asserted by Plaintiff against Defendants in the above-captioned case are **DISMISSED WITH PREJUDICE**, and all defenses and counterclaims asserted by Defendants against Plaintiff in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. The Parties are to bear their own costs and attorneys' fees. All pending requests for relief asserted by the Parties in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Civil Action No. 2:22-cv-00423-JRG.

**So ORDERED and SIGNED this 10th day of December, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE